## HENRY IDDINS

*vs.*

## CARRIE LOUISE IDDINS.

*Divorce: abusive epithets; no excuse for violence.*

Personal violence by the husband is not justified by abusive terms applied to him by the wife, where it is shown that he frequently made use of the same terms himself in addressing her.

*Decided December 12th, 1917.*

Appeal from the Circuit Court of Baltimore City. (STUMP, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*William Purnell Hall,* for the appellant.

*William Colton,* for the appellee.

The decree of the lower Court was affirmed in an opinion by URNER, J.